IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON WILSON, #209737, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-003-WHA |
| | ) | |
| ALA. DEPT. OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On February 19. 2019, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objection has been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to comply with an order of this court requiring that he file an amended complaint.

A separate Final Judgment will be entered.

DONE this 13th day of March, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE